**JUDGE STEIN**                    **07 CV 3095**

Michael J. Frevola (MJF 8359)
Christopher R. Nolan (CRN 4438)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
NORTH OFFSHORE AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NORTH OFFSHORE AS,

        Plaintiff,

-against-

ROLV BERG DRIVE AS,

        Defendant.

---


APR 17 2007

07 Civ. _____

**CORPORATE DISCLOSURE
STATEMENT IN
ACCORDANCE WITH
RULE 7.1 OF THE FEDERAL
RULES OF CIVIL PROCEDURE**

    I, Michael J. Frevola, attorney for Plaintiff North Offshore AS, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    North Offshore AS does not have any corporate parents, is not publicly traded, and its shares are not owned by publicly traded companies.

Dated:    New York, New York
            April 17, 2007

                            HOLLAND & KNIGHT LLP

                    By: _____
                            Michael J. Frevola (MJF 8359)
                            Christopher R. Nolan (CRN 4438)
                            195 Broadway
                            New York, NY 10007-3189
                            Tel:    (212) 513-3200
                            Fax:   (212) 385-9010

                            *Attorneys for Plaintiff*
                            *North Offshore AS*