CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| NORTH OFFSHORE AS, | : | |
| | : | |
| Plaintiff, | : | **07-CV-3095** |
| | : | |
| v. | : | **NOTICE OF** |
| | : | **APPEARANCE** |
| ROLV BERG DRIVE AS, | : | |
| | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Société Générale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       May 8, 2007

                                                CLARK, ATCHESON & REISERT
                                                Attorneys for Garnishee
                                                Société Générale New York Branch

By: _____
      Richard J. Reisert (RR-7118)
      7800 River Road
      North Bergen, NJ  07047
      Tel: (201) 537-1200
      Fax: (201) 537-1201
      Email:  reisert@navlaw.com