BLANK ROME LLP
Attorneys for Defendant
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NORTH OFFSHORE AS,

          Plaintiff,

- against -

ROLV BERG DRIVE AS,

          Defendant.

07 CV 3095 (SHS)

**F.R. CIV. P. RULE 7.1 STATEMENT**

---

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
       August 28, 2007

                                  Respectfully submitted,
                                  BLANK ROME LLP
                                  Attorneys for Defendant

                                  By /s/ Jeremy J.O. Harwood
                                     Jeremy J.O. Harwood (JH 9012)
                                     405 Lexington Avenue
                                     New York, NY 10174
                                     Tel.: (212) 885-5000

294478.1
128127.00601/6571340v.1