## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

The undersigned being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age. That on August 28, 2007, she caused to be served a true copy of the VERIFIED ANSWER AND COUNTERCLAIM UNDER ADMIRALTY RULE E(7) OF SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE CLAIMS OF THE FEDERAL RULES OF CIVIL PROCEDURE upon:

> Michael J. Frevola, Esq.
> Holland & Knight LLP
> 195 Broadway
> New York, NY  10007
> 212-513-3200

by first class U.S. mail.

_____
RENEE KINTZER

Sworn to before me this
28th day of August, 2007

_____
Notary Public

BARBARA WALSH
Notary Public, State of New York
No. 01WA4925498
Qualified in Queens County
Commission Expires August 15, 2010

128127.00601/6569815v.1