



Phone: (212) 885-5149
Fax: (917) 332-3720
Email: JHarwood@BlankRome.com

September 26, 2007

**BY FAX**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

        Re: North Offshore As v. Rolv Berg Drive AS
            07 CV 3095 (SHS)
            <u>Our Ref. No.: 128127-00601</u>

Dear Judge Stein:

    We are attorneys for defendant Rolv Berg Drive AS ("RBD"). RBD filed a verified answer and counterclaim under Admiralty Rule E(7) dated August 27, 2007. The purpose of this letter is to request the expedited hearing contemplated under Local Rule E.1, in respect of vacating the attachment and/or provision of Rule E countersecurity in respect thereto. We respectfully request that a hearing be scheduled prior to October 11, after which the undersigned must be abroad.

                                  Respectfully submitted,

                                  Jeremy J.O. Harwood

JJH:rk

cc:  <u>By Fax</u>
      Michael J. Frevola, Esq.
      Holland & Knight LLP
      Attorneys for Plaintiff

*[Handwritten annotation:]* A hearing will take place on Oct. 9, 2007, at 2:30 pm.

SO ORDERED 9/27/07

*/s/ Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

128127.00601/6577456v.1

Delaware  •  Florida  •  New Jersey  •  New York  •  Ohio  •  Pennsylvania  •  Washington, DC  •  Hong Kong