# EXHIBIT 4

## SIDELETTER SUPPLYTIME 89 DATED 12 MAY 2005

### "ALDOMA"

The vessel will continue operation under her present sub-charter arrangement with Rolv Berg Drive AS till this arrangement is either terminated or otherwise expire. There shall not be given any extension or further charter parties (inclusive of any already agreed options) with Rolv Berg Drive AS without the prior written consent of the Owner.

The Owner shall further give their prior written consent to any charter where the charterhire in any new period after the Rolv Berg Drive AS firm period give the owner an additional hire of less than USD 1000,- by way of the profit split.

The Owners:

_____
Oleg S Mnatsakanyan
Director General

The Charterers:

_____
Svein Hoel
Director