# EXHIBIT 5

# North Offshore AS

## Statement of Accounts 31 August 2007

|  | 2007 | 2006 |
|---|---|---|
| **OPERATING REVENUES AND EXPENSES** | | |
| **Operating Revenue** | | |
| Freight earnings | 12 225 310 | 15 497 430 |
| Other operating revenue | 294 191 | 510 169 |
| **Total operating revenue** | **13 519 501** | **16 007 600** |
| **Operating Costs** | | |
| Wages and other personnel expenses | 2 172 507 | 2 818 558 |
| Depreciation of business assets | 744 811 | 951 056 |
| Other operating costs | 14 090 294 | 9 255 271 |
| **Total operating costs** | **17 007 612** | **13 024 886** |
| **TOTAL OPERATING REVENUES** | **-3 488 110** | **2 982 714** |
| | | |
| **FINANCIAL INCOME AND EXPENSES** | | |
| Results from investment in shares in limited partnerships ("KS") | 0 | 0 |
| Financial Income | 746 633 | 902 841 |
| Interest expenses relating to entities within the same corporation | 0 | 0 |
| Other financial expenses | 586 487 | 749 939 |
| **NET FINANCIAL ITEMS** | **160 146** | **-152 902** |
| | | |
| **NET PROFIT BEFORE TAX** | **-3 327 964** | **3 135 616** |
| | | |
| Tax | 0 | 0 |
| Correction deferred tax | 0 | 0 |
| | | |
| **Profit** | **-3 327 964** | **3 135 616** |
| | | |
| **TRANSFER** | | |
| Received / Submitted group contribution | 0 | 0 |
| Transfer other equity | 0 | 0 |
| **TOTAL TRANSFER** | **0** | **0** |

# North Offshore AS

## Balance Sheet 31 August 2007

| ASSETS | 2007 | 2006 |
|---|---|---|
| **FIXED ASSETS** | | |
| **Business assets** | | |
| Vessels | 379 361 | 1 013 372 |
| Reconstruction of leased vessels | 0 | 0 |
| Periodical maintenance | 7 239 342 | 219 018 |
| Movable property, inventory, tools, office equipment | 440 187 | 818 771 |
| **Financial assets** | | |
| Investments subsidiary companies | 2 887 050 | 2 770 800 |
| Investments limited partnerships ("KS") | 587 350 | 1 152 539 |
| Other claims | 0 | 1 566 756 |
| **Total assets** | **11 533 290** | **7 541 256** |
| **CURRENT ASSETS** | | |
| Accounts receivable | 11 362 742 | 5 107 928 |
| Other claims | 1 130 539 | 7 988 622 |
| Bank deposits | 0 | 482 111 |
| **Total Current Assets** | **12 493 280** | **13 578 661** |
| **TOTAL ASSETS** | **24 026 570** | **21 119 917** |

# North Offshore AS

| EQUITY AND LIABILITES | 2007 | 2006 |
|---|---|---|
| **EQUITY** | | |
| **Deposited equity** | | |
| Capital stock | 100 700 | 100 700 |
| Share premium account | 40 000 | 40 000 |
| **Total deposited equity** | **140 700** | **140 700** |
| **Earned equity** | | |
| Other equity | 5 974 137 | 5 348 082 |
| This year's profit (untaxed) | -3 327 964 | 3 135 616 |
| **Total earned equity** | **2 646 173** | **8 483 697** |
| **Total equity** | **2 786 873** | **8 624 397** |
| **LIABILITES** | | |
| **Long-term provisions** | | |
| Deferred tax liability | 3 976 411 | 8 986 303 |
| Payable tax | 0 | 0 |
| **Total appropriation for obligations** | **3 976 411** | **8 986 303** |
| **Other long-term liabilities** | | |
| Credit institutions | 0 | 0 |
| Other long-term debt | 0 | 0 |
| **Total long-term liabilities** | **0** | **0** |
| **Short-term liabilities** | | |
| Credit institutions | 2 328 523 | 0 |
| Accounts payable | 14 211 143 | 2 138 962 |
| Contributions payable | 0 | -53 555 |
| Other short-term liabilities | 723 621 | 1 423 809 |
| **Total short-term liabilties** | **17 263 286** | **3 509 217** |
| **TOTAL EQUITY AND LIABILITIES** | **24 026 570** | **21 119 917** |