# EXHIBIT 6

North Offshore

**Noen spesifikasjoner på rapport pr. 31.08.09**

| | | | |
|---|---|---|---|
| **Annen driftskostnad** | 14,090,294 | | |
| Proviant | | 376550 | |
| Frakt | | 8932 | |
| Smørolje | | 478374 | |
| Bunkers | | -323983 | Inntektsført i forb. Med mob fee |
| Vann, vask og rengjøring | | 22887 | |
| Bareboatleie (til russerne) | | 7602029 | |
| Administrasjonskostnader | | 571971 | |
| Diverse driftskostnader (agent og havnekostn.)' | | 155382 | |
| Rekvistita (dette er til bruk på skipet) | | 154354 | |
| Arbeidsklær | | 16830 | |
| Løpende vedlikehold | | 891141 | |
| Periodisk vedlikehold (avskrivning på dokking) | | 3764 | |
| Disponenthonorar (til Troms) | | 666672 | |
| Andre adm. Kostn (advokat/annen bistand) | | 1589932 | |
| Kurskostnader (mannskap) | | 163324 | |
| It-kostnader | | 27645 | |
| Telekommunikasjon | | 125034 | |
| Reisekostnader mannskap | | 885289 | |
| Forsikring skip | | 248031 | |
| Tap på fordringer | | 426134 | |
| | | | |
| **Annen finanskostnad** | 586,487 | | |
| Rentekostnader | | 120296 | |
| Agio tap | | 466191 | |
| | | | |
| **Periodisk vedlikehold** | 7,239,342 | | |
| | | | |
| **Kundefordringer** | 11,362,742 | | |
| Av dette ugjør kravet mot RBD | | 6,135,000 | |
| | | | |
| **Andre fordringer** | 1,130,539 | | |
| Dette er i hovesak periodiserte forskuddsbetalte kostnader. | | | |
| | | | |
| **Annen egenkapital** | 5,974,137 | | |
| | | | |
| **Annen kortsiktig gjeld** | 723,621 | | |