Michael J. Frevola (MJF 8359)
Christopher R. Nolan (CRN 4438)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
NORTH OFFSHORE AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH OFFSHORE AS,<br><br>     Plaintiff,<br><br>  -against-<br><br>ROLV BERG DRIVE AS,<br><br>     Defendant. | 07 Civ. 3095 (SHS)<br><br>**AFFIDAVIT OF MICHAEL J. FREVOLA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR COUNTERSECURITY** |

STATE OF NEW YORK  )
          ) ss:
COUNTY OF NEW YORK )

  MICHAEL J. FREVOLA, being duly sworn, deposes and says:

  1.  I am a member of the law firm Holland & Knight LLP, attorneys for Plaintiff North Offshore AS, and I am fully familiar with the facts in this case.

  2.  This Affidavit is made in support of North Offshore's opposition to the application of Defendant Rolv Berg Drive AS ("RBD") for countersecurity under Rule E(7)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. The statements made in this affidavit are based upon my personal knowledge.

3.      Counsel for defendant RBD wrote this Court last week to request a hearing on Defendant's application for countersecurity set forth in its Verified Answer and Counterclaim dated August 27, 2007. A true copy of RBD's counsel's letter to this Court dated September 26, 2007 (and endorsed by this Court) is annexed as Exhibit 1.

4.      To my knowledge, Defendant RBD has not filed either a legal memorandum or affidavits or affirmations in support of its application its letter to the Court of last week. After receiving the Court's endorsement of RBD's counsel's letter last week, I wrote to RBD's counsel to inquire as to whether the Court had set a briefing schedule and what that schedule might be. Counsel for RBD responded the same day by stating that "I don't intend to brief anything – I am just seeking the counter-security as in my pleading – if you want to answer it by Monday so I can reply before the hearing sounds good to me." A true copy of my e-mail to RBD's counsel dated September 27, 2007 and his reply the same day are annexed as one e-mail string as Exhibit 2.

WHEREFORE, it is respectfully requested that this Court deny the Defendant RBD's application for countersecurity pursuant to Rule E(7)(a) in its entirety, and grant such other and further relief to the Plaintiff as may be appropriate.

_____
Michael J. Frevola

Sworn to before me this
1st day of October, 2007

_____
Notary Public

Elvin Ramos
Notary Public, State of New York
NO. 01RA4870243
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 2, 2010

# EXHIBIT 1

09/26/2007 15:58   Received   Sep 26 2007 03:58pm   NO.219 D002




Phone: (212) 885-5149
Fax: (917) 332-3720
Email: JHarwood@BlankRome.com

September 26, 2007

**BY FAX**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

      Re:   North Offshore As v. Rolv Berg Drive AS
           07 CV 3095 (SHS)
           Our Ref. No.: 128127-00601

Dear Judge Stein:

    We are attorneys for defendant Rolv Berg Drive AS ("RBD"). RBD filed a verified answer and counterclaim under Admiralty Rule E(7) dated August 27, 2007. The purpose of this letter is to request the expedited hearing contemplated under Local Rule E.1, in respect of vacating the attachment and/or provision of Rule E countersecurity in respect thereto. We respectfully request that a hearing be scheduled prior to October 11, after which the undersigned must be abroad.

                               Respectfully submitted,

                               Jeremy J.O. Harwood

JJH:rk

*A hearing will take place on Oct. 3, 2007, at 2:30 pm.*

cc:   By Fax
      Michael J. Frevola, Esq.
      Holland & Knight LLP
      Attorneys for Plaintiff

SO ORDERED 9/27/07

SIDNEY H. STEIN
U.S.D.J.

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com
128127.00601/6577456v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong

# EXHIBIT 2

Case 1:07-cv-03095-SHS    Document 28    Filed 10/01/2007    Page 5 of 7

Frevola, Michael (NYC - X73516)

| | |
|---|---|
| From: | Harwood, Jeremy J.O. [jharwood@BlankRome.com] |
| Sent: | Thursday, September 27, 2007 4:36 PM |
| To: | Frevola, Michael (NYC - X73516) |
| Subject: | RE: North Offshore v. Rolv Berg Drive |

He just so ordered that letter - no input from me - I don't intend to brief anything - I am just seeking the counter-security as in my pleading - if you want to answer it by Monday so I can reply before the hearing sounds good to me

**Jeremy J.O. Harwood | Blank Rome LLP**
The Chrysler Building, 405 Lexington Avenue | New York, NY 10174-0208
Phone: 212.885.5149 | Fax: 917.332.3720 | Email: JHarwood@BlankRome.com

---

From: michael.frevola@hklaw.com [mailto:michael.frevola@hklaw.com]
Sent: Thursday, September 27, 2007 4:26 PM
To: Harwood, Jeremy J.O.
Subject: North Offshore v. Rolv Berg Drive

Jeremy:

Here's the first three complaints. How did the hearing time come about and what is the briefing schedule?

My client is not in a position to post security. I may have to protest the Wednesday hearing unless we can move it back a few days, because we differ on whether the counter-security application is entitled to an expedited treatment (as per my attached e-mail).

Please let me have your response on the questions above as soon as practicable.

Best regards,
Mike Frevola

<<07_3095_complaint__Apr_19_2007_15_25_54_973.pdf>> <<1stamended.pdf>> <<2ndamended.pdf>> <<RE: North Offshore v Rolv Berg 07 civ 3095>>

# Holland + Knight

**Michael J. Frevola, Esq.**
Partner
Holland & Knight LLP
195 Broadway
New York, New York 10007

Main     212 513 3200
Direct   212 513 3516
Mobile   516 521 6365
Fax      212 385 9010
Email    michael.frevola@hklaw.com

10/1/2007

www.hklaw.com

**NOTICE:** This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

*********************************************************************************************
**This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.**
*********************************************************************************************

Any Federal tax advice contained herein is not intended or written to be used, and cannot be used by you or any other person, for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Code. This disclosure is made in accordance with the rules of Treasury Department Circular 230 governing standards of practice before the Internal Revenue Service. Any written statement contained herein relating to any Federal tax transaction or matter may not be used by any person without the express prior written permission in each instance of a partner of this firm to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed herein.

**********************************************************************