```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NORTH OFFSHORE AS,                    :      07 Civ. 3095 (SHS)

                       Plaintiff,     :

       -against-                       :     ORDER

ROLV BERG DRIVE AS,                    :

                       Defendant.      :
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. For the reasons set forth on the record, defendant's motion for counter-security is denied; and

2. There will be a pretrial conference on February 8, 2008, at 10:00 a.m.

Dated: New York, New York
       November 5, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.