USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| NORTH OFFSHORE AS, | : | 07 Civ. 3095 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| ROLV BERG DRIVE AS, | : | |
| Defendants. | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| ROLV BERG DRIVE AS, | : | 07 Civ. 11502 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| NORTH OFFSHORE AS, *ET ANO*, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today in the above cases, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. Defendants North Offshore and Troms Offshore shall move to vacate the orders of attachment against them, and defendant Troms Offshore AS shall move to dismiss the complaint against it, on or before February 29, 2008;

2. Rolv Berg's oppositions to the motions are due on or before March 24, 2008; and

3.     The replies are due on or before April 4, 2008.

Dated: New York, New York
       February 8, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.